UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 14599
   RICHARD C TISDELL
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0118
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/13/04 and confirmed on 07/19/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 32189.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 18300.00 | 4826.55 | 18300.00 |
| HIGHLAND OWNERS ASSOC | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL REVENUE CORP | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL REVENUE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | FILED LATE | .00 | .00 | .00 |
| MERRICK BANK | UNSECURED | 1265.11 | .00 | 670.51 |
| PROVIDIAN BANK | UNSECURED | 4427.99 | .00 | 2346.83 |
| TEXACO | UNSECURED | NOT FILED | .00 | .00 |
| HSBC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 5581.41 | .00 | 2958.15 |
| US DEPT OF EDUCATION | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18300.00 | .00 | 11274.51 | .00 | 29574.51 |
| PRINCIPAL PAID | 18300.00 | .00 | 5975.49 | .00 | 24275.49 |
| INTEREST PAID | 4826.55 | .00 | .00 | .00 | 4826.55 |
| TOTAL PAID | 23126.55 | .00 | 5975.49 | .00 | 29102.04 |

The Debtor's attorney, STUART B HANDELMAN          , was allowed $   2860.00 and was paid $   1100.00  direct and $   1760.00  through the plan.

The Trustee received $   1241.71 .

Refunds to the Debtor totaled $       85.25 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE